THIS OPINION HAS
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Raymond Anthony
 Hall, Respondent,
 
 
 

v.

 
 
 
 State of South Carolina, Petitioner.
 
 
 

ON WRIT OF CERTIORARI 
 

Appeal From Spartanburg County
 Roger L. Couch , Post-Conviction Relief
 Judge
Gary E. Clary, Trial Judge
Memorandum Opinion No.  2007-MO-069
Submitted December 6, 2007  Filed
 December 10, 2007  
 AS IMPROVIDENTLY GRANTED

 
 
 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Molly Crum, all of Columbia, for Petitioner.
 J. Falkner Wilkes, of Greenville, for Respondent.
 
 
 

PER CURIAM:  After careful review of the Appendix and
 briefs, we
DISMISS
 CERTIORARI AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., MOORE, WALLER and PLEICONES, JJ., concur.  BEATTY, J., not participating.